ORIGINAL

FILED
APR 25 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**F & F SUPPLY, INC.**
*Plaintiff*

**VERSUS** **NO.: 1:08-CV-214** By leave of the Judge
**JUDGE ERIC G. BRUGGINK**

**THE UNITED STATES**
*Defendant*

**MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes F & F SUPPLY, INC. ("F & F"), a Louisiana corporation domiciled in West Baton Rouge Parish, Louisiana, who respectfully requests as follows:

1.

A transfer of complaint or an amended complaint is due by 4/28/2008 pursuant to the docket text of document number 1.

2.

Mover desires an extension of time of an additional 30 days to file a transfer or complaint or an amended complaint in order that the undersigned attorney may proceed with the process of being admitted to practice in the United States Court of Federal Claims or time to engage an attorney already admitted.

3.

Tara Kilfoyle, attorney for the United States, has been consulted and has no opposition to this extension.

**WHEREFORE**, mover prays that this extension be granted.

Respectfully Submitted:
THE COHN LAW FIRM
A LIMITED LIABILITY COMPANY
10754 Linkwood Court, Suite 1
Baton Rouge, LA 70810
Telephone: (225) 769-0858
Fax: (225) 769-1016

/s/ David M. Cohn
BY:________________________
DAVID M. COHN, LBR #4237
D. BRIAN COHN, LBR #28000
BARTLEY P. BOURGEOIS, LBR#26606

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**F & F SUPPLY, INC.**
***Plaintiff***

**VERSUS** **NO.: 1:08-CV-214**
**JUDGE ERIC G. BRUGGINK**

**THE UNITED STATES**
***Defendant***

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been e-mailed to the following:

Tara J. Kilfoyle at Tara.Kilfoyle@usdoj.gov

Baton Rouge, Louisiana, this 21st day of April, 2008.

/s/ David M. Cohn

BY:______________________________
DAVID M. COHN, LBR #4237

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**F & F SUPPLY, INC.**
***Plaintiff***

**VERSUS** **NO.: 1:08-CV-214**
**JUDGE ERIC G. BRUGGINK**

**THE UNITED STATES**
***Defendant***

**ORDER**

Considering the foregoing Motion For Extension of Time filed by F & F Supply, Inc.:

IT IS ORDERED that an extension of tine of an additional 30 days from April 28, 2008 or until May 28, 2008 is granted to F & F Supply, Inc. to file a transfer or complaint or an amended complaint .

THIS ORDER rendered, read, and signed in Chambers on the ______ day of ____________, 2008, in Washington, DC.

RESPECTFULLY SUBMITTED:

THE COHN LAW FIRM
A LIMITED LIABILITY COMPANY
10754 Linkwood Court, Suite 1
Baton Rouge, LA 70810
Telephone: (225) 769-0858
Fax: (225) 769-1016

/s/ David M. Cohn

BY:______________________
DAVID M. COHN, LBR #4237
D. BRIAN COHN, LBR #28000
BARTLEY P. BOURGEOIS, LBR #26606

Docket No. 08-214C

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Bruggink
FROM: CLERK'S OFFICE

The attached was received on 4-22-08
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.2]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.3(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.3(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.3(b) | Re: length of briefs or memorandum |
| ____ | 5.4(c) | Re: binding |
| ____ | 5.4(d) | Re: original/copies missing |
| ____ | 5.4(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 52.1(b) | Re: statement of facts and/or counter-statement of facts is missing |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ____________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an ***ECF*** case.
8. ✓ Attorney is not admitted yet.

[signature]
Deputy Clerk