ORIGINAL

FILED
MAY 2 3 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **F & F SUPPLY, INC.** | * | |
| **Plaintiff** | * | **Case No.: 1:08-cv-00214-EGB** |
| **v.** | * | **Senior Judge Eric G. Bruggink** |
| **THE UNITED STATES** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

NOW COMES, F & F Supply, Inc., Plaintiff, by and through its attorneys, Rosemary E. Allulis and Weinstock, Friedman & Friedman, P.A., and states as follows:

1. F & F Supply, Inc. is a nongovernmental corporate entity, however, it does not have a parent corporation, and is not affiliated with any other corporation.

2. F & F Supply, Inc. is not publicly traded, and there is no publicly traded company that owns any of its stock.

May 23, 2008

Respectfully submitted,

Rosemary E. Allulis, Esquire

Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208
410-559-9000
410-559-9009 Fax
rea@weinstocklegal.com

Attorneys for Plaintiff F & F Supply, Inc.