IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| F&F SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-214C |
| | ) | (Judge Bruggink) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including August 21, 2008, to file a response to the complaint. Defendant's response is currently due on July 22, 2008. This is defendant's first request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiff, Rosemary Allulis, and Ms. Allulis has represented that plaintiff, F & F Supply, Inc. ("F & F Supply") does not oppose this request for an enlargement of time.

Defendant has sent the Department of the Army ("Army") a copy of the amended complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Agency counsel has been working to gather relevant documents and information, but has informed counsel for defendant that additional time is necessary for the agency to respond to our request.

In addition, as noted by F & F Supply in its complaint, the facts in the present case are somewhat related to the facts in a criminal case pending before the United States District Court for the Middle District of Louisiana, Moore v. United States, Criminal Action No. 07-244. See

Compl. ¶ 6 n.1. Counsel for defendant has contacted the Assistant United States Attorney assigned to that criminal matter, as well as investigators from the Department of Defense Criminal Investigative Services and the United States Army Criminal Investigative Command, in an attempt to obtain relevant documents and information. However, to date, counsel for defendant has not yet obtained all of the documents and information necessary to prepare a response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for enlargement of time of 30 days, to and including August 21, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-1709
Fax: (202) 307-0972

July 21, 2008

Attorneys for Respondent

**CERTIFICATE OF FILING**

I hereby certify that on the 21st day of July, 2008, a copy of the foregoing "DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara J. Kilfoyle